ANTHONY ALLEN OLIVER
Po Box 284
Pomona, California 91769
Telephone: 909-450-9470
Facsimile: 909-860-3710
Anthony.oliver29@rocketmail.com
Aoliver9@student.mtsac.edu

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAY 11 PM 1:55

CLERK _____
SO. DIST. OF GA.

CV411   115

Anthony Oliver, IN PRO PER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANTHONY ALLEN OLIVER, an individual and Legal Guardian;<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHCOAST MEDICAL GROUP LLC, a Georgia Corporation; and,<br>Dr. Amanda H. Hendricks, an individual; Dr. Keith Siebert, an individual.<br><br>Defendants. | Case No.:<br><br>COMPLAINT FOR DAMAGES<br><br>Assigned To:<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, ANTHONY OLIVER ("Plaintiff or Mr. Oliver") alleges:

I.

**PARTIES, JURISDICTION, AND VENUE**

250462305.2

- 1 -

1.   Mr. Oliver was and is a citizen of the United States of America and currently lives in California. His daughter, Destiny Oliver, hereinafter **("Destiny")** was treated and was than diagnosed with having "Bronchitis" and was prescribed medications by a licensed doctor, Dr. Amanda Hendricks, hereinafter **("Hendricks")** antibiotics to treat that "flu" or "cold." That same day, the biological mother of **("Destiny")** went to a local pharmacy to turn in those prescriptions and went back at a later time to pick up a "common cold" flu remedy and provided them to **("Destiny")**, but that remedy was unsuccessful in curing her. The following day, it was then **("Destiny")** became very dehydrated and was asking her mother on a constant basis for a drink of water and other fluids. The mother of **("Destiny")** had to keep giving more and more fluids to **("Destiny")** to cure her thirst. Shortly after the mother noticed that **("Destiny")** was very pale, acting strange, frequent urinations, hunger and among other things, blurred vision, it was only than that the mother of **("Destiny")** sensed that there was something wrong and immediately took **("Destiny")** to South Coast Medical Group **("South-Coast")** to see a doctor to demand some answers to see what was wrong with **("Destiny")**. It was there that **("Destiny")** was treated by **("Hendricks**") who is and was employed at **("South-Coast")** for only a short time. **("Hendricks")** tried to explain to the mother of **("Destiny")** that she just had a common cold or flu. The mother of **("Destiny")** just did not buy this belief or idea, so she took ("Destiny") to a nearby hospital, Lincoln Memorial ("Lincoln") and after a full scale physical by a highly respected Pediatrics doctor, it was determined that ("Destiny") had "Type 1 Diabetes." Over the next several days, both Doctors ("Hendricks") and ("Siebert") worked together to fabricate false and corrupt evidence and to cover up evidence that displayed the presence of Medical Malpractice by both Doctors, which a few days

250462305.2                                                          - 2 -

Later, ("**Destiny**") almost died when her sugar level went sky high and near 600. In fact it was a medical condition that was present and could have been detected had both Doctors done their job correctly. This was a disease that Defendants knew, or had reason to know, was present.

This action is brought by Mr. Oliver who is the biological father of ("**Destiny**") and because ("**Destiny**") is a minor, than this Complaint is by and through her legal guardian, your undersigned in this instant Complaint.

This action is brought by Mr. Oliver for damages caused by the Defendants' reckless and grossly negligent conduct during their medical examinations of ("**Destiny**") while in their care. The said Defendants' complete disregard for the truth during their medical exams resulted in a sweet innocent young girl at age 7 spending almost two weeks in the hospital. She was deprived of her well established Constitutional rights to be secure against unlawful seizure, to be secure against deprivation of liberty without due process of law; and equal protection of the laws. She was also deprived of the love, companionship, and respect of her parents, family, and friends; deprived of her school education and privacy; her parents were deprived of past and future income; and emotional tranquility.

The claims herein are brought against Defendant South Coast Medical Group LLC, ("**South-Coast**") by and through the acts and omissions of South Coast Medical Group LLC ("**South-Coast**"); Doctor Amanda Hendricks ("**Hendricks**"); and Doctor Keith Seibert ("**Seibert**"); for money damages as compensation for personal and other injuries that were caused by the negligent and wrongful acts

and omissions of employees of South Coast Medical Group while acting within the scope of their employment under circumstances where the South Coast Medical Group, if a private person, would be liable to the parents of (**"Destiny"**) in accordance with the laws of the State of Georgia.

The claims are brought against Defendants Amanda Hendricks, (**"Hendricks"**) in her personal capacity and as an agent acting on behalf of the (**"South-Coast"**); and Keith Seibert (**"Seibert"**); in his personal capacity and as an agent acting on behalf of (**"South-Coast"**) (**Collectively "The Defendants"**) for violating (**"Destiny's"**) clearly established rights guaranteed by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution, the Civil Rights Act of 1871, and by the laws of the United States and of the State of Georgia.

Defendants and each of them were the agents and/or employees of the remaining Defendant, and in doing the things hereinafter alleged, were acting within the course and scope of their authority as such agents and employees within the permission and consent of their co-Defendant.

The allegations of this Complaint stated on information and belief are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

This Court has jurisdiction over the subject matter of this complaint pursuant to 28 U.S.C. 1331, 1343, and 1346(b). This Court also has diversity jurisdiction pursuant to 42 U.S.C. Section 1332 because Plaintiff is a resident of California and the amount in controversy exceeds $ 75,000.

Venue is proper in this Court pursuant to 28 U.S.C. 1391 and 1402(b) because a substantial amount of the conduct complained of occurred in the County of Effingham, State of Georgia.

## II.

## GENERAL ALLEGATIONS

On February 23, 2011, the biological mother of ("**Destiny**"), Crystal Field, ("**Field**") noticed that ("Destiny") was not feeling well and thereafter decided to take ("**Destiny**") to see her primary doctor, Doctor Amanda Hendricks, ("**Hendricks**") to see what might the problem be. Once ("**Field**") arrived at South Coast Medical Group ("**South-Coast**"), ("**Field**") was forced to wait in the lobby area of ("**South-Coast**") while waiting to see a doctor. At this point, it was clear to ("**Field**") that based on ("**Destiny**") not showing any serious signs of major, catastrophic sickness, that it must be that ("**Destiny**") had a minor sickness.

After about an hour of waiting in the lobby, ("Field") and ("Destiny") were taken to the back room, where ("Hendricks") than introduced herself as the "on duty" physician and would be the one that would be treating ("Destiny") that day. As a standard review of ("Destiny") and like any other patient who has been to a known pediatrician, ("Hendricks") than checked the vital signs, ears and other parts of ("Destiny"), including but not limited to her weight and blood pressure. After the premature review of ("Destiny"), ("Hendricks") than took ("Field") and ("Destiny") in a room for further review of ("Destiny") so that ("Hendricks") could make a final determination of what exactly what was wrong with ("Destiny") and issue any medications, if need be.

It was in that very same room that ("Hendricks") explained to the mother of ("Destiny") that ("Hendricks") diagnosed ("Destiny") with having a "simple case" of "bronchitis" and that it would go away within a few days or even weeks with the help of the proper prescriptions. ("Hendricks") explained to ("Field") that the sickness of "bronchitis" usually goes away after proper and careful treatment of the illness. ("Field"), taking ("Hendricks") at face value and because she is a pediatric doctor, did what most parents would do, believe anything and everything that their doctor tells them. The same moment, ("Field") was informed by ("Hendricks") that ("Destiny" had "bronchitis" and to stay home from school, not play outside, stay in bed, eat soup, and among other things, take the prescribed medications that ("Hendricks") would soon issue to ("Field").

On or about February 24, 2011, ("Destiny") was in the living room with her younger brothers and as they were playing with their toys, ("Destiny") went to her mother and asked for a drink of water and ("Field") provided her with a drink of water, one after an another and as this continued throughout the night. It was later that night that it became apparent that ("Destiny") was still not feeling well. And with the quick reaction of ("Field") and like any other parent, began asking ("Destiny") what was wrong. ("Destiny") continued to state; "Mommy it hurts everywhere inside." ("Destiny") than demanded from ("Field") that she (destiny) needed something to eat right away. ("Field") than provided ("Destiny") with some food to see what exactly the problem was. After ("Destiny") had eaten some crackers, ("Destiny") stated to her mother; "Mommy I can't see very well."

It was that very same day that ("Field") made a decision that something more serious was wrong with ("Destiny") and then rushed ("Destiny") to the hospital where ("Destiny") was admitted in the emergency room by ambulance. ("Destiny") was then seen by a well-known and competent doctor, who has been a doctor for many years at Lincoln Memorial Hospital, ("Lincoln") who examined ("Destiny"). After hours of tests, reviews, and among other things, it was determined that ("Destiny"), this sweet innocent young girl was diagnosed with "Type 1 Diabetes," [1] and was fully diagnosed with something far more worse than what ("Hendricks") and ("Seibert") had originally diagnosed ("Destiny") with. While at ("Lincoln"), the doctors continued through the night, well over to the next day to try and do what they could to try to bring down ("Destiny") sugar level, which had risen all the way to 600. It was then, there at ("Lincoln"), doctors had to break the news to ("Field") that her daughter, ("Destiny") was finally diagnosed with "type 1 diabetes" and would have almost died if it wasn't for the quick reaction of ("Field") to take ("Destiny") to the hospital and that ("Destiny") could have went into a coma and could of lost her life. ("Destiny")

---

[1] Diabetes is a disease in which blood glucose levels are above normal. Most of the food we eat is turned into glucose, or sugar, for our bodies to use for energy. The pancreas, an organ that lies near the stomach, makes a hormone called insulin to help glucose get into the cells of our bodies. When you have diabetes, your body either doesn't make enough insulin or can't use its own insulin as well as it should. This causes sugar to build up in your blood. Diabetes can cause serious health complications including heart disease, blindness, kidney failure, and lower-extremity amputations. Diabetes is the sixth leading cause of death in the United States.

**Type 1 diabetes**, which was previously called insulin-dependent diabetes mellitus (IDDM) or juvenile-onset diabetes, may account for about 5% of all diagnosed cases of diabetes. **Type 2 diabetes**, which was previously called non-insulin-dependent diabetes mellitus (NIDDM) or adult-onset diabetes, may account for about 90% to 95% of all diagnosed cases of diabetes. **Gestational diabetes** is a type of diabetes that only pregnant women get. If not treated, it can cause problems for mothers and babies. Gestational diabetes develops in 2% to 10% of all pregnancies but usually disappears when a pregnancy is over. **Other specific types of diabetes** resulting from specific genetic syndromes, surgery, drugs, malnutrition, infections, and other illnesses may account for 1% to 5% of all diagnosed cases of diabetes.

Researchers are making progress in identifying the exact genetics and "triggers" that predispose some individuals to develop type 1 diabetes, but prevention remains elusive. A number of studies have shown that regular physical activity can significantly reduce the risk of developing type 2 diabetes. Type 2 diabetes is associated with obesity. Building on this research, CDC's National Diabetes Prevention Program supports establishing a network of community-based, group lifestyle intervention programs for overweight or obese people at high risk of developing type 2 diabetes.

also almost suffered brain injury due to the lack of proper medical care. What ("Hendricks") failed to notify ("Field") was that the higher the sugar level of a person they have, the better chances of a person going into a coma and/or dying.

During the course of the visit and examination, Doctors also informed ("Field") with some traumatic news, that for the rest of ("Destiny") life, she would have to be injected with insulin and a needle each and every day of her life. To this present day, both the mother and father of ("Destiny") continue to suffer emotional tranquility that every person suffers when diagnosed with a life threating disease.

It is believed and therefore alleged that had ("Hendricks") and ("Seibert") concealed and covered up the simple facts that ("Destiny") had "type 1 diabetes," that ("Destiny") could have been cured in the disease that she carried.[2] When doctor ("Hendricks") was notified of the circumstances, ("Hendricks") took no action, conferred no apology to the family. The only thing ("Hendricks") did was cover up the matter as if nothing took place and as if ("Destiny") was never a patient. However, to this present date, the office of ("Hendricks") has continued to "bomb barb" both the mother and father of ("Destiny") with invoices for services that were rendered and collection notices.

---

[2] In response to the growing health burden of diabetes, the diabetes community has three choices: prevent diabetes; cure diabetes; and improve the quality of care of people with diabetes to prevent devastating complications. All three approaches are actively being pursued by the US Department of Health and Human Services.

Both the National Institutes of Health (NIH) and the Centers for Disease Control and Prevention (CDC) are involved in prevention activities. The NIH is involved in research to cure both type 1 and type 2 diabetes, especially type 1. CDC focuses most of its programs on making sure that the proven science to prevent complications is put into daily practice for people with diabetes. The basic idea is that if all the important research and science are not applied meaningfully in the daily lives of people with diabetes, then the research is, in essence, wasted.
Several approaches to "cure" diabetes are currently under investigation.

250462305.2                                - 8 -

Shortly after ("Destiny") was treated by medical staff at ("Lincoln"); ("Destiny") was released and sent home to undergo some very serious life changes that any person diagnosed with diabetes would undergo. In the coming weeks, ("Destiny") continued to get better after, on a daily basis, be injected with insulin. As of present date, doctors and researchers have not yet been able to discover a cure for diabetes and continue to strive to find one, as each year, a child losses their life to diabetes.

On March 28, 2011, the biological father of ("Destiny"), contacted ("South-Coast") to speak with the immediate supervisor of ("Hendricks") and was told to direct all questions and/or concerns to ("Hendricks"), since she was the treating physician. On the following day, ("Oliver") (Destiny's Father) than contacted doctor ("Hendricks") and ("Hendricks") stated to ("Oliver"); "You outta go fuck yourself." This came in light when ("Oliver") was merely trying to seek answers as to what took place, given the fact that ("Oliver") lives in another state and cannot be there to just run down and speak with ("Hendricks") to get answers.

Notwithstanding the clear results of the medical examination of ("Destiny") by another doctor, the Defendants' refused to accept those results and embarked upon an investigation of their own intending to find alternate explanations as to why the Defendants' were never able to locate or detect the presence of type one diabetes in the body of Destiny.

Their personal prejudices blinded them to the fact that there was not the slightest bit of evidence to suggest that ("Destiny") really had flu, cold or even bronchitis.

Nevertheless, the false, corrupted, and perhaps fabricated medical results that were provided to the mother and father of Destiny, were ultimately used to wrongfully diagnose Destiny and then, from one doctor to another, to cover up the matter.

Plaintiff is informed and believes, and on that basis alleges that all said Defendant's and each of them, knew or had reason to know that Doctor Amanda Hendricks did not have the experience or expertise to treat children in the pediatrics field simply because she lacks education and clearly makes poor judgments. The main factor when it comes to the medical field is to determine what is wrong with the patient. In general, going to medical school and completing some classes in the pediatric field, or even getting a degree, does not fully mean that person possess the proper skills to treat children and fully knowing that, that child's life is in their hands. The conduct complained herein, clearly establishes that all said Defendant's knew or should have known that a child's life is not something to just not care about.

Additionally, South Coast Medical Group, LLC, did not have a standard operating procedure in place to assure that proper methods and safeguards were being utilized to assure the integrity of the medical evaluation that Doctor Hendricks did of Destiny, and that the medical results were safeguarded, or by chain of custody.

Further, Doctor Amanda Hendricks findings that Destiny had the flu or cold were incongruous. And even at her worst, Destiny did not exhibit symptoms consistent with the flu or cold. Destiny was seen by other physicians thereafter and did not see anything remotely close to what Doctor Hendricks came up with or even suggested.

Similarly, Lincoln Memorial Hospital's test results were contradicted by the reports that Doctor Amanda Hendricks and Doctor Keith Seibert and were confirmed by some of the best doctor's at Lincoln Memorial Hospital. Doctors at Lincoln Memorial further advised Plaintiff that he should file a Complaint with the State of Georgia, the medical review board, and among other things, seek the advice of an attorney.

Plaintiff is informed and believes, and on that basis alleges that Doctor Hendricks and Seibert colluded with each other to fabricate a story when the truth was revealed by all accounts.

The Defendant's actions went beyond poor judgment or even indifference. Defendant's wielded their positions of power and public trust to knowingly deprive a sweet, young girl of her Constitutional Rights to liberty, due process and freedom from Cruel and Unusual Punishment. Even in the face of conclusive evidence that Destiny did not have the flu, cold, or even bronchitis, the Defendants continue to conceal their lies, incompetence, and violation of her Constitutional Rights, causing Destiny further pain and suffering. They are incredulous in their actions, claiming that despite an innocent, sweet girl being in the hospital for days at a time and spending time away from her family, loss of schooling and being forced to take medications for a sickness that she never had.

Defendants wrongful conduct as alleged above, unless and until enjoined and Restrained by order of this Court, will cause great and irreparable injury to Plaintiff, by and through her father, and all other persons or children similarly situated individuals.

Plaintiff and all similarly situated individuals have no remedy at law for their injuries. The Defendants are unrestrained in their ability to waste hard earned money of the Plaintiff and they think they can escape liability by using their medical powers entrusted to them by the people and the State of Georgia. If left unfettered, Defendants, and each of them, can systematically and continuously violate the Constitutional Rights of individuals, including, but not limited to the Plaintiff.

## COUNT I

### (Medical Malpractice)

### As to Defendant Amanda Hendricks

The Plaintiff re-alleges and incorporates herein all of the allegations contained in all said paragraphs stated above.

That on or about February 23, 2011 and thereafter, Defendant Amanda Hendricks breached the applicable standard of medical care owed to the Plaintiff and his daughter Destiny Oliver, which than directly caused a physical injury to the Plaintiff and his daughter Destiny Oliver and was the direct and proximate cause of all the Plaintiff's injuries and damages.

That as a direct result of the breach of the known applicable standard and of medical care by the Defendant's, the Plaintiff: 1) Suffered conscious pain and suffering in the past and will suffer conscious pain and suffering in the future, 2) Incurred medical expenses in the past and will incur future medical expenses, 3) Suffered mental anguish, 4) Suffered permanent physical injuries, and 5) was required to undergo additional medical procedures and has sustained other damages.

That all of the injuries and damages sustained by the known Plaintiff were the direct and proximate result of the negligent actions and breaches of the applicable standards of medical care by all of the Defendants without any act or omission on the part of the Plaintiff directly thereunto contributing.

## COUNT II

### (Medical Malpractice)

### As to Defendant Keith Siebert

The Plaintiff re-alleges and incorporates herein all of the allegations contained in all said paragraphs stated above.

That on or about February 23, 2011 and thereafter, Defendant Keith Siebert breached the applicable standard of medical care owed to the Plaintiff and his daughter Destiny Oliver, which than directly caused a physical injury to the Plaintiff and his daughter Destiny Oliver and was the direct and proximate cause of all the Plaintiff's injuries and damages. It is also therefore alleged that Doctor Siebert took part in a conspiracy to cover this matter up.

That as a direct result of the breach of the known applicable standard and of medical care by the Defendant's, the Plaintiff: 1) Suffered conscious pain and suffering in the past and will suffer conscious pain and suffering in the future, 2) Incurred medical expenses in the past and will incur future medical expenses, 3) Suffered mental anguish, 4) Suffered permanent physical injuries, and 5) was required to undergo additional medical procedures and has sustained other damages.

That all of the injuries and damages sustained by the known Plaintiff were the direct and proximate result of the negligent actions and breaches of the applicable standards of medical care by all of the Defendants without any act or omission on the part of the Plaintiff directly thereunto contributing.

## COUNT III

### (Respondent Superior)

### As to Defendant South Coast Medical Group, LLC

Defendant, under the applicable standard of medical care owed a duty to the Plaintiff to supervise the medical care that Doctor Amanda Hendricks was providing to the Plaintiff. The defendant breached this duty and standard of care by failing to properly supervise Amanda Hendricks, on February 23, 2011 and thereafter, which resulted in the failure to inform the Plaintiff of the presence of Type 1 Diabetes. And for the failure to refer Doctor Amanda Hendricks for an evaluation and more extensive training. As a direct and proximate result of these failures, the Plaintiff suffered a physical injury to her body. All of these failures amounted to a breach of the applicable standard of medical care.

Furthermore, that during all of the times alleged herein that the Plaintiff was receiving medical care and treatment from Defendants Amanda Hendricks, and Keith Siebert, these defendants were employed by South Coast Medical Group, LLC and they we're acting within the scope of that employment.

That Defendant South Coast Medical Group, LLC is responsible for the breach of applicable medical care occasioned by their employees, the defendants herein, which resulted in a physical injury to the Plaintiff.

## COUNT VI

### (Permanent Injunction)

### As to all said Defendants

There are no countervailing benefits to violating the well established rights of the Plaintiff, of any individuals, and as long as Defendants are allowed to continue to practice medicine, and wrongfully and knowingly diagnose persons for their own personal greed and selfish ambitions, the public, including the Plaintiff, than will continue to be irreparably harmed.

Therefore, the Court should order the immediate suspension of all said Defendants pending further investigation. And order all said Defendants to cease and desist on further treating patients until further notice. This would be to prevent continued violations of all other persons Constitutional Rights and for all those who are similarly situated.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully prays for judgment against all said Defendants as follows:

1. For an award of Compensatory damages, jointly and severally, in an amount not less than $20,000,000.00;

2. For an award of punitive damages against the individual Defendants sued in their personal capacity, for all actions including those outside the scope of the employment.

3. For an award of attorney's fees and cost of this suit;

4. For such other and further relief as the Court may deem just and proper by the trier-of-fact.

RESPECTFULLY SUBMITTED,                    ANTHONY A. OLIVER

DATED: May 8, 2011                         By: _____.