# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ANTHONY ALLEN OLIVER, )
)
    Plaintiff, )
)
v. ) Case No. CV411-115
)
SOUTHCOAST MEDICAL GROUP, )
LLC, a Georgia Corporation; and )
DR. AMANDA H. HENDRICKS, )
an individual; DR. KEITH SIEBERT, )
an individual, )
)
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA