AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Anthony Allen Oliver

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-115

Southcoast Medical Group, LLC, a Georgia Corporation; and Dr. Amanda H. Hendricks, an individual; Dr. Keith Siebert, an individual

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with this Court's Order dated June 29, 2011, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court dismissing this case without prejudice. This action stands closed.



June 29, 2011
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03